# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WELLS,<br><br>            Petitioner,<br><br>           v.<br><br>U.S. DISTRICT COURT,<br><br>            Respondent. | Case No. CV 10-9576 DOC (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the concurrently filed Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice.

DATED: January 4, 2011

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE